UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 21-cv-02233-NEB-JFD

KERLIN SANCHEZ VILLALOBOS, and
DAYSI VILLALOBOS IZAGUIRRE, on behalf of her
minor daughter, Y.S.,

        Plaintiffs,

v.

**ORDER**

UNITED STATES OF AMERICA,

        Defendant.

Pursuant to the Stipulation for Third Extension of Time to Respond to the Complaint (Dkt. No. 19) and for good cause shown,

**IT IS HEREBY ORDERED** that the time within which the Defendant has to answer or otherwise respond to the complaint is extended to January 28, 2022.

Dated: January 21, 2022

                                            *s/ John F. Docherty*
                                            JOHN F. DOCHERTY
                                            United States Magistrate Judge